```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 18392
   SUSAN E CURT
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-3467
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/09/05 and confirmed on 07/22/05.

2. The case was dismissed after confirmation, 09/05/2008.

3. The Debtor paid a total of $ 10245.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HYUNDAI MOTOR FINANCE CO | SECURED | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 6805.62 | .00 | 6805.62 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 816.85 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 2159.86 | .00 | 1512.33 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 970.81 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 8965.48 | .00 | 1787.66 | .00 | 10753.14 |
| PRINCIPAL PAID | 8317.95 | .00 | .00 | .00 | 8317.95 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8317.95 | .00 | .00 | .00 | 8317.95 |

The Debtor's attorney, JOSEPH G LASPISA PC              , was allowed $ 2500.00 and was paid $ 1000.00 direct and $ 1500.00 through the plan.

The Trustee received $ 427.05 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 12/12/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 05 B 18392 SUSAN E CURT
```